THEODORE B. STOLMAN, ESQ. SBN 52099
GARY E. KLAUSNER, ESQ. SBN 69077
STUTMAN, TREISTER & GLATT, PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

SCOTT C. CLARKSON, ESQ. SBN 143271
GEORGE A. JUAREZ, ESQ. SBN 75295
EVE A. MARSELLA, ESQ. SBN 165797
CLARKSON, GORE & MARSELLA, APLC
3424 Carson Street, Suite 350
Torrance, California 90503
Telephone: (310) 542-0111
Facsimile: (310) 214-7254

Attorneys for the Official Committee
of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**AMERICAN RESTAURANT GROUP, INC.**, a Delaware corporation; **ARG ENTERPRISES, INC.**, a California corporation; **ARG PROPERTY MANAGEMENT CORPORATION**, a California corporation,<br><br>(Commonly known as "**Stuart Anderson's Black Angus Restaurants**" or "**Stuart Anderson's Cattle Company Restaurant**"),<br><br>     Debtors and Debtors-in-Possession.<br><br>Affects all three Debtors X<br><br>Affects only:<br>American Restaurant Group, Inc. __<br>ARG Enterprises, Inc. __<br>ARG Property Management Corp. __ | Case Nos. LA 04-30732 - TD<br>             LA 04-30734 – TD<br>             LA 04-30736 - TD<br><br>  Jointly Administered Under Case No.<br>     LA 04-30732-TD<br><br>Chapter 11<br><br>**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ERNST & YOUNG CORPORATE FINANCE LLC AS RESTRUCTURING ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>[No Hearing Required] |

314wTC

The Official Committee of Unsecured Creditors (the "Committee") of American Restaurant Group, Inc.; ARG Enterprises, Inc. and ARG Property Management Corporation, debtors and debtors-in-possession (the "Debtors"), submits this application (the "Application") for an order under Sections 328(a) and 1103 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") authorizing the employment and retention of Ernst & Young Corporate Finance LLC ("EYCF") as restructuring advisors for the Committee. In support of this Application, the Committee submits the Declaration and Disclosure Statement of Martin Nachimson (the "Nachimson Declaration"), which is incorporated herein by reference. In further support of this Application, the Committee respectfully represents as follows:

## I.

## RELIEF REQUESTED

The Committee respectfully requests entry of an order under Sections 328(a) and 1103 of the Bankruptcy Code authorizing it to employ and retain EYCF as its restructuring advisors to perform the restructuring advisory services that will be necessary during this chapter 11 case, as more fully described below.

In order to allow EYCF to be compensated for work performed on or after its retention on October 13, 2004, but before its submission of this Application, the Committee seeks to employ and retain EYCF as its restructuring advisors, effective as of October 13, 2004.

## II.

## BACKGROUND

### A.     The Creditors' Committee

On September 28, 2004 (the "Petition Date"), the Debtors filed voluntary petitions for relief in the Bankruptcy Court for the Central District of California, Los Angeles Division, under chapter 11 of the Bankruptcy Code. The Debtors continues to manage and operate their businesses as a debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

On October 8, 2004, the Office of the United States Trustee (the "U.S. Trustee") conducted an initial formation meeting (the "Formation Meeting") of creditors interested in serving on the Committee. Subsequent to the Formation Meeting, the U.S. Trustee announced the selection of the members of the Committee, as follows:

| **COMMITTEE MEMBERS** |
| --- |
| Ziad Alhassen |
| Morton Gray and Christine Gray |
| Robert F. Adelman |
| Dennis Keith |
| Numair Pirzada/Worldwide Produce |

Thereafter, the U.S. Trustee added Ken Heimlich, President, CNL Financial Services, as an additional member of the Committee.

At a subsequent meeting of the creditors, the Committee selected Mr. Alhassen and Mr. Prirzada as the co-committee representative designees. On October 13, 2004, after interviewing multiple candidates, the Committee informed EYCF that the Committee had selected EYCF to act as its restructuring advisors.

**B. Selection of EYCF as Committee's Restructuring Advisors**

The Committee seeks to retain EYCF as its restructuring advisors as a result of EYCF's extensive experience and knowledge in the field of business reorganizations under chapter 11 of the Bankruptcy Code. EYCF has represented debtors, creditors, committees, and other parties in interest in cases under the Bankruptcy Code and in out-of-court debt restructuring and workouts. In addition, the Committee understands that the professionals who specialize in restructuring and insolvency advisory at EYCF can call upon the resources of Ernst & Young

LLP ("E&Y LLP") professionals with expertise in dealing with a wide range of accounting and financial and other business issues.

## C.  Prior Employment

EYCF did not provide the Committee or any informal group of creditors of the Debtors with restructuring advisory services prior to October 13, 2004. EYCF has not received any payment for services rendered prior to the date of this Application.

## III.

## SERVICES TO BE RENDERED

Subject to Order of this Court, the Committee has requested EYCF to render the following services in this case:

(a)  Analyze the current financial position of the Debtors;

(b)  Analyze the Debtors' business plans, cash flow projections, restructuring programs, and other reports or analyses prepared by the Debtors or their professionals in order to advise the Committee on the viability of the continuing operation and the reasonableness of projections and underlying assumptions;

(c)  Analyze the financial ramifications of proposed transactions for which the Debtors seek Bankruptcy Court approval, including, but not limited to, Debtor-in-Possession financing, assumption and rejection of contracts, asset sales, management compensation, and/or retention and severance plans;

(d)  Analyze the Debtors' internally prepared financial statements and related documentation, in order to evaluate the performance of the Debtors as compared to their projected results on an ongoing basis;

(e)  Attend and advise at meetings with the Committee, its counsel, other financial advisors, and representatives of the Debtors;

(f)  Assist and advise the Committee and its counsel in the development, evaluation, and documentation of any plan(s) of reorganization or strategic transaction(s), including developing, structuring, and negotiating the terms and conditions of potential plan(s) or strategic transaction(s) and the consideration that is to be provided to unsecured creditors thereunder;

(g)  Render testimony in connection with procedures (a) through (f) above, as required, on behalf of the Committee;

(h)  Provide such other services, as requested by the Committee and agreed by EYCF.

It is necessary and essential that the Committee engage EYCF to render the foregoing restructuring advisory services. EYCF has indicated a willingness to act on behalf of, and render such services to, the Committee. In light of the experience and expertise of EYCF,

the Committee believes that EYCF is well qualified to represent the Committee in this bankruptcy case.

## IV.

## SUBCONTRACTING TO E&Y LLP

In connection with this engagement, the Committee has agreed that EYCF may subcontract with E&Y LLP for the services of partners and/or employees of E&Y LLP, where appropriate and necessary, to assist with the services described in Section III of this Application, including, but not limited to, certain tax expertise that may be associated with any proposed plans of reorganization or strategic transactions. Services provided by E&Y LLP will not be duplicative with services provided by EYCF.

## V.

## DISINTERESTEDNESS OF PROFESSIONALS

To the best of the Committee's knowledge, based on the Nachimson Declaration filed herewith, except as set forth in the Nachimson Declaration and Exhibits B and C attached thereto, EYCF has informed the Committee that neither it nor two of its affiliates -- E&Y LLP and Ernst & Young LLP, an Ontario limited liability partnership ("E&Y Canada") -- hold or represent an interest adverse to the Committee or the bankruptcy estate.

The Committee is informed by EYCF that it is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, such that, EYCF and the proposed engagement team:

(a) are not a creditor, an equity security holder or an insider of the Debtors;

(b) are not an investment banker for any outstanding security of the Debtors;

(c) have not been, within 3 years before the Petition Date, an investment banker for any security of the Debtors.

(d) have not been, within 2 years before the Petition Date, a director, officer or employee of the Debtors or of an investment banker of the Debtors; and

(e) do not have an interest materially adverse to the Committee.

**VI.**

**CONNECTIONS OF PROFESSIONALS**

To the best of the Committee's knowledge, EYCF and the professionals working on this engagement have no connection with the Debtors, their creditors, any other party in interest in this chapter 11 case, and their respective attorneys and accountants other than as set forth in Exhibits B and C to the Nachimson Declaration.

**VII.**

**PROFESSIONAL COMPENSATION**

1. For professional services, EYCF has agreed that its fees will be based on a Monthly Advisory Fee of $75,000 per month (prorated for any partial months). In addition, EYCF has requested that it be allowed an opportunity to petition the Bankruptcy Court for an additional bonus at the end of the case provided the Committee agrees that an additional fee is appropriate, at the sole and absolute discretion of the Committee. EYCF has agreed that all fees sought in this case shall be subject to the jurisdiction and approval of the Bankruptcy Court and any applicable fee and expense guideline orders.

EYCF will continue to charge reasonable expenses incurred in the rendition of services, subject to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and any local rules or guidelines applicable to these bankruptcy cases. These expenses include, among other things, travel, accommodations and out-of-town meals, overnight delivery, database access charges, telephone, facsimile, postage, printing and duplication.

Although EYCF is seeking employment under Section 328 (a), EYCF intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in this bankruptcy case in accordance with applicable provisions of Section 328 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for this District, the Guidelines of the Office of the United States Trustee and the Orders of this Court (including the keeping of detailed time and expense records).

1    Regardless of the time and manner of interim compensation, EYCF understands
2 that, subject to this Court's orders, EYCF will be required to follow the procedures for final
3 allowance of fees at the end of the bankruptcy case, or the conclusion of its representation of the
4 bankruptcy estate, under section 328 (a) of the Bankruptcy Code. EYCF has agreed to accept as
5 compensation such sums as may be allowed by the Court.

6    Other than as set forth above, no arrangement is proposed between EYCF or any
7 of its affiliates and the Committee, any creditor, or other party in interest for compensation to be
8 paid in this case.

9    Except for arrangements among the members of EYCF and as permitted under
10 section 504(b)(1) of the Bankruptcy Code, EYCF has no agreement with any other entity to share
11 any compensation received, nor will any sharing be made.

12    This Application has been served on (a) the United States Trustee, and (b) counsel
13 to the Debtors and (c) counsel to the Debtors' noteholders and the Committee submits that no
14 other or further notice is required.

15    No previous request for the relief sought in this Application has been made to this
16 Court or any other Court.

17

18

19

20

21

22

23

24

25

26

27

28

**VIII.**

**CONCLUSION**

1 WHEREFORE, based upon the foregoing, the Committee respectfully requests

2 that the Court (a) enter an order substantially in the form annexed hereto as Exhibit "A"

3 authorizing the Committee to retain and employ EYCF, effective as of October 13, 2004, as its

4 restructuring advisors in this chapter 11 case; and (b) granting such other and further relief as this

5 Court may deem just and proper.

6 Dated: November 17, 2004

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF AMERICAN
RESTAURANT GROUP, INC.; ARG ENTERPRISES,
INC. AND ARG PROPERTY MANAGEMENT
CORPORATION

By: _____
Ziad Alhassen
Co-Representative Designee of the Committee

By: _____
Numair Pirzada
Co-Representative Designee of the Committee

Prepared by:

Gary E. Klausner, Esq.
Stutman, Treister & Glatt

Scott C. Clarkson, Esq.
Clarkson Gore & Marsella

Attorneys for the Official Committee
of Unsecured Creditors

by _____
SCOTT C. CLARKSON

# VIII.

## CONCLUSION

WHEREFORE, based upon the foregoing, the Committee respectfully requests that the Court (a) enter an order substantially in the form annexed hereto as Exhibit "A" authorizing the Committee to retain and employ EYCF, effective as of October 13, 2004, as its restructuring advisors in this chapter 11 case, and (b) granting such other and further relief as this Court may deem just and proper.

Dated: November ___, 2004

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF AMERICAN
RESTAURANT GROUP, INC., ARG ENTERPRISES,
INC. AND ARG PROPERTY MANAGEMENT
CORPORATION

By: _____
    Ziad Alhassen
    Co-Representative Designee of the Committee

By: _____
    Numair Pirzada
    Co-Representative Designee of the Committee

Prepared by:

Gary E. Klausner, Esq.
Stutman, Treister & Glatt

Scott C. Clarkson, Esq.
Clarkson Gore & Marsella

Attorneys for the Official Committee
of Unsecured Creditors

1   COMMENTS OF OFFICE OF UNITED STATES TRUSTEE

2   (√) THE U.S. TRUSTEE TAKES NO POSITION.
    ( ) THE U.S. TRUSTEE HAS NO OBJECTION.
3   ( ) THE U.S. TRUSTEE OBJECTS AND REQUESTS A HEARING.
    ( ) AN OBJECTION IS RAISED AS SET FORTH BELOW.

4

5   COMMENTS:

6

7

8

9

10

11

12

13

14

15

16

17  Dated: n\o4\o4                    OFFICE OF THE U.S. TRUSTEE

18
                                  By    _____
19                                      _____
                                       Attorney for the U.S. Trustee
20

21  CASE NAME:   AMERICAN RESTAURANT GROUP
    CASE NUMBER:   LA 04-30732-TD
22  TITLE OF DOCUMENT: APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
                      OF ERNST AND YOUNG CORPORATE FINANCE LLC AS
23                    RESTRUCTURING ADVISORS FOR THE OFFICIAL
                      COMMITTEE OF UNSECURED CREDITORS
24

25

26

27

28

1

**EXHIBIT A**

2

**to Application for Order Authorizing Employment of EYCF
as Restructuring Advisors for the Official Committee of Unsecured Creditors**

3

4

**PROPOSED ORDER**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  THEODORE B. STOLMAN, ESQ. SBN 52099
   GARY E. KLAUSNER, ESQ. SBN 69077
2  STUTMAN, TREISTER & GLATT, PC
   1901 Avenue of the Stars, 12th Floor
3  Los Angeles, CA 90067
   Telephone: (310) 228-5600
4  Facsimile: (310) 228-5788
5
   SCOTT C. CLARKSON, ESQ. SBN 143271
6  GEORGE A. JUAREZ, ESQ. SBN 75295
   EVE A. MARSELLA, ESQ. SBN 165797
7  CLARKSON, GORE & MARSELLA, APLC
   3424 Carson Street, Suite 350
8  Torrance, California 90503
   Telephone: (310) 542-0111
9  Facsimile: (310) 214-7254
10
   Attorneys for the Official Committee
11 of Unsecured Creditors
12
13            **UNITED STATES BANKRUPTCY COURT**
14            **CENTRAL DISTRICT OF CALIFORNIA**
15                **LOS ANGELES DIVISION**

| | |
|---|---|
| 16 In re: | Case Nos.  LA 04-30732 - TD |
| | LA 04-30734 - TD |
| 17 **AMERICAN RESTAURANT GROUP,** | LA 04-30736 - TD |
| **INC.**, a Delaware corporation; **ARG** | |
| 18 **ENTERPRISES, INC.**, a California | Jointly Administered Under Case No. |
| corporation; **ARG PROPERTY** | LA 04-30732-TD |
| 19 **MANAGEMENT CORPORATION**, a | Chapter 11 |
| California corporation, | |
| 20 | **ORDER APPROVING EMPLOYMENT OF** |
| (Commonly known as **"Stuart Anderson's** | **ERNST & YOUNG CORPORATE** |
| 21 **Black Angus Restaurants"** or **"Stuart** | **FINANCE LLC AS RESTRUCTURING** |
| **Anderson's Cattle Company** | **ADVISORS FOR THE OFFICIAL** |
| 22 **Restaurant")**, | **COMMITTEE OF UNSECURED** |
| | **CREDITORS** |
| 23        Debtors and Debtors-in-Possession. | |
| | [No Hearing Required] |
| 24 Affects all three Debtors  X | |
| 25 Affects only: | |
| American Restaurant Group, Inc. __ | |
| 26 ARG Enterprises, Inc. __ | |
| 27 ARG Property Management Corp. __ | |

28

ORDER APPROVING EMPLOYMENT OF E&Y

The Court has considered the application of the Official Committee of Unsecured Creditors (the "Committee") for an order authorizing the employment and retention of Ernst & Young Corporate Finance LLC ("EYCF") as restructuring advisors for the Committee (the "Application") and the Declaration of Martin Nachimson filed in support thereof (the "Nachimson Declaration").

Based upon the Application, it appears that (1) it is necessary for the Committee to employ and retain restructuring advisors; (2) that EYCF is qualified to take on such engagement and (3) the employment of EYCF, upon the terms set forth in the Application, is reasonable and complies with the requirements of Title 11 of the United States Code, 11 U.S.C. §§ 101-330 (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Central District.

Based upon the Nachimson Declaration, it appears that (1) EYCF does not represent and does not hold any interest adverse to the Debtors' estates and that EYCF is a disinterested person, and (2) the proposed employment of EYCF by the Committee is not prohibited by, or improper under, any provision of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or the applicable rules of professional responsibility and conduct.

Based on the foregoing, and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is approved.

2.      The Committee is authorized to employ EYCF at the expense of the estates, effective as of October 13, 2004, upon the terms set forth in the Application, to represent the Committee in the matters referred to in the Application and the Engagement Letter entered into between the Committee and EYCF.

Dated: November ____, 2004

_____
THOMAS B. DONOVAN
UNITED STATES BANKRUTPCY JUDGE

Submitted by,

CLARKSON, GORE & MARSELLA
A Professional Law Corporation

Scott C. Clarkson
Eve A. Marsella
Attorneys for the Official Committee
of Unsecured Creditors

ORDER APPROVING EMPLOYMENT OF EXCL

**EXHIBIT B**

**to Application for Order Authorizing Employment of EYCF
as Restructuring Advisors for the Official Committee of Unsecured Creditors**

**Notice of Application for Order Authorizing Employment of Ernst and Young Corporate
Finance LLC as Restructuring Advisors for the Official Committee of Unsecured Creditors**

1     THEODORE B. STOLMAN, ESQ. SBN 52099
      GARY E. KLAUSNER, ESQ. SBN 69077
2     STUTMAN, TREISTER & GLATT, PC
      1901 Avenue of the Stars, 12th Floor
3     Los Angeles, CA 90067
      Telephone: (310) 228-5600
4     Facsimile: (310) 228-5788

5

6     SCOTT C. CLARKSON, ESQ. SBN 143271
      GEORGE A. JUAREZ, ESQ. SBN 75295
7     EVE A. MARSELLA, ESQ. SBN 165797
      CLARKSON, GORE & MARSELLA, APLC
8     3424 Carson Street, Suite 350
      Torrance, California 90503
9     Telephone: (310) 542-0111
      Facsimile: (310) 214-7254

10

11     Attorneys for the Official Committee
      of Unsecured Creditors

12

13                **UNITED STATES BANKRUPTCY COURT**

14                **CENTRAL DISTRICT OF CALIFORNIA**

15                  **LOS ANGELES DIVISION**

16     In re:             Case Nos. LA 04-30732 - TD
                                    LA 04-30734 – TD
17     **AMERICAN RESTAURANT GROUP,**       LA 04-30736 - TD
      **INC.**, a Delaware corporation; **ARG**
18     **ENTERPRISES, INC.**, a California       Jointly Administered Under Case No.
      corporation; **ARG PROPERTY**           LA 04-30732-TD
19     **MANAGEMENT CORPORATION**, a
      California corporation,           Chapter 11
20
      (Commonly known as **"Stuart Anderson's**    **NOTICE OF APPLICATION FOR ORDER**
21     **Black Angus Restaurants"** or **"Stuart**      **AUTHORIZING EMPLOYMENT OF**
      **Anderson's Cattle Company**            **ERNST & YOUNG CORPORATE**
22     **Restaurant"**),                   **FINANCE LLC AS RESTRUCTURING**
                                  **ADVISORS FOR THE OFFICIAL**
23            Debtors and Debtors-in-Possession.    **COMMITTEE OF UNSECURED**
                                  **CREDITORS**
24
                                    [No Hearing Required]
25     Affects all three Debtors <u>X</u>

      Affects only:
26     American Restaurant Group, Inc. __
      ARG Enterprises, Inc. __
27     ARG Property Management Corp. __

28

**TO THE HONORABLE THOMAS B. DONOVAN, UNITED STATES
BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE
DEBTORS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 18, 2004, the Official Committee of
Unsecured Creditors (the "Committee") of American Restaurant Group, Inc.; ARG
Enterprises, Inc. and ARG Property Management Corporation, debtors and debtors-in-
possession (the "Debtors"), submitted an application (the "Application") for an order under
Sections 328(a) and 1103 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the
"Bankruptcy Code") authorizing the employment and retention of Ernst & Young Corporate
Finance LLC ("EYCF") as restructuring advisors for the Committee, as fully detailed in the
Application.  EYCF has agreed that its fees will be based on a Monthly Advisory Fee of
$75,000 per month (prorated for any partial months).  In addition, EYCF has requested that it
be allowed an opportunity to petition the Bankruptcy Court for an additional bonus at the end
of the case provided the Committee agrees that an additional fee is appropriate, at the sole
and absolute discretion of the Committee. EYCF has agreed that all fees sought in this case
shall be subject to the jurisdiction and approval of the Bankruptcy Court and any applicable
fee and expense guideline orders.

A copy of the Application has been served upon the Debtors' counsel and the Office
of the United States Trustee, in accordance with Local Bankruptcy Rule 2014-1(b)(2). Any
person desiring an additional copy may obtain one by contacting Eve Marsella, Esq.,
Clarkson, Gore & Marsella, 3424 Carson Street, Suite 350, Torrance, CA 90503, (310) 542-
0111.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the Application, you
need take no further action. However, if you wish to oppose the Application, you must file and
serve a written response and request for hearing, in the form required by Local Bankruptcy Rule
9013-1(a)(7), with the Clerk of the Bankruptcy Court at 255 E. Temple Street, Los Angeles,
California 90012, no later than fifteen days after the date this notice was served in accordance
with Local Bankruptcy Rule 2014-1. Any response to the Application must be filed and served

on the applicant at the address listed on the upper left-hand corner of this notice and the United

States Trustee.

Dated: November 18, 2004        CLARKSON, GORE & MARSELLA
A Professional Law Corporation


By: _____
              Scott C. Clarkson
              Eve A. Marsella
              Attorneys for the Official Committee
              of Unsecured Creditors

NOTICE OF APPLICATION AUTHORIZING EMPLOYMENT OF

**PROOF OF SERVICE**

STATE OF CALIFORNIA,

COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3424 Carson Street, Suite 350, Torrance, California, 90503.

On **November 19, 2004**, I served the documents described as:

**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ERNST AND YOUNG CORPORATE FINANCE LLC AS RESTRUCTURING ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS;**

on the interested parties in this action as listed on the attached service list

**SEE SERVICE LIST ATTACHED**

[X]    **(BY MAIL)** - I deposited such envelope in the mail at Torrance, California, with first class postage thereon fully prepaid. I am readily familiar with the business' practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Services on that same day, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing an affidavit

**SEE SERVICE LIST ATTACHED**

[X]    **( Federal )** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on **November 19, 2004** at Torrance, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                          _____
                               DIANE N. BRANCHE

# SERVICE LIST

**Debtor's Proposed Counsel:**
Robert Jay Moore, Esq.
Thomas R. Kreller, Esq.
David B. Zolkin, Esq.
Milbank, Tweed, Hadley & McCloy
601 S. Figueroa St, 30th Flr.
Los Angeles, CA 90017

**Debtors:**
American Restaurant Group, Inc. et al
Attn: Patrick J. Kelvie
4410 El Camino Real, Suite 201
Los Altos, CA 94022

**U.S. Trustee:**
Office of the United States Trustee
Attn: Dare Law, Esq.
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

**Applicant for Restructuring Advisors:**
Ernst and Young
Corporte Finance LLC
725 S. Figueroa Street
Suite 431
Los Angeles, CA 90017