ORIGINAL

FILED
05 JUL 12 PM 3:54
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1  Robert Jay Moore (#77495)
   Thomas R. Kreller (#161922)
2  David B. Zolkin (#155410)
   Haig M. Maghakian (#221954)
3  MILBANK, TWEED, HADLEY & McCLOY LLP
   601 South Figueroa Street, 30th Floor
4  Los Angeles, California 90017
   Telephone: (213) 892-4000
5  Facsimile: (213) 629-5063

6  Attorneys for American Restaurant Group, Inc., et al.
   Debtors and Debtors in Possession

7

8           UNITED STATES BANKRUPTCY COURT
            CENTRAL DISTRICT OF CALIFORNIA
9                LOS ANGELES DIVISION

10 | In re                                      ) | Case Nos.  LA 04-30732 TD
11 |                                            ) |            LA 04-30734 TD
   | AMERICAN RESTAURANT                        ) |            LA 04-30736 TD
12 | GROUP, INC., a Delaware corporation;       ) |
   | ARG ENTERPRISES, INC., a                   ) | Jointly Administered Under
13 | California corporation; ARG                ) | Case No. LA 04-30732 TD
   | PROPERTY MANAGEMENT                        ) |
14 | CORPORATION, a California                  ) | Chapter 11 Cases
   | corporation,                               ) |
15 |                                            ) | NOTICE OF EFFECTIVE DATE OF
   | (commonly known as "Stuart                 ) | FIRST AMENDED JOINT CHAPTER 11
16 | Anderson's Black Angus Restaurants")       ) | PLAN OF REORGANIZATION OF
   | or "Stuart Anderson's Cattle               ) | AMERICAN RESTAURANT GROUP,
17 | Company Restaurants")                      ) | INC. AND ITS AFFILIATED DEBTORS
   |                                            ) | (DATED APRIL 1, 2005), AS MODIFIED
18 | Debtors and Debtors in Possession.         ) |
   |                                            ) |
19 |                                            ) |
   | Affects all three Debtors: _X_             ) |
20 |                                            ) |
   | Affects only:                              ) |
21 |                                            ) |
   | American Restaurant Group Inc. ____        ) |
22 |                                            ) |
   | ARG Enterprises Inc. ____                  ) |
23 |                                            ) |
   | ARG Property Management Corp. ____         ) |
24 |                                            ) |
25 |                                            ) |
26 |                                            ) |

27

28

LA1:#6306289v2

1000ff

**TO CREDITORS AND OTHER PARTIES IN INTEREST OF AMERICAN RESTAURANT GROUP, INC., ARG ENTERPRISES, INC., AND ARG PROPERTY MANAGEMENT CORPORATION:**

**PLEASE TAKE NOTICE** that, on June 23, 2005, the United States Bankruptcy Court for the Central District of California entered its order (the "Confirmation Order") confirming the "First Amended Joint Chapter 11 Plan of Reorganization of American Restaurant Group, Inc. and its Affiliated Debtors (Dated April 1, 2005)" (as modified by the Confirmation Order, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, July 11, 2005 was selected by the Debtors as the Effective Date (as defined in the Plan) of the Plan. As of July 11, 2005, no stay of the Confirmation Order was in effect and all conditions to the Effective Date either were satisfied or waived in accordance with Section VIII.C of the Plan.

Dated: July 12, 2005

MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
Robert Jay Moore
Thomas R. Kreller
Haig M. Maghakian

Attorneys for American Restaurant Group, Inc., et al.
Debtors and Debtors in Possession

LA1:#6306289v2

-1-